UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL M. MUNYWE,

    Plaintiff,

v.

SCOTT R. PETERS, *et al.*,

    Defendants.

CASE NO. 3:21-cv-05431-BJR-JRC

ORDER LIFTING STAY AND RENOTING MOTIONS

  The District Court has referred this action, filed pursuant to 42 U.S.C. § 1983, to Chief United States Magistrate Judge J. Richard Creatura.

  On August 3, 2022, the Court stayed this matter while plaintiff's appeal to the Ninth Circuit was pending. Dkt. 95. On August 17, 2022, the Ninth Circuit issued an Order dismissing the appeal for lack of jurisdiction. *See* Dkt. 96. The Court issued its Mandate on September 8, 2022. *See* Dkt. 98.

1  Plaintiff has now filed a motion to lift the stay. Dkt. 97. Because the proceedings before

2  the Ninth Circuit have concluded, the Court finds lifting of the stay is appropriate and the motion

3  is granted.

4  Accordingly, the Court lifts the stay entered on August 3, 2022. Dkt. 95. The Clerk of

5  Court shall update the docket to reflect that the stay in this matter is lifted and re-note the

6  motions for summary judgment (Dkts. 63, 71), as well as the other outstanding motions filed in

7  this matter (Dkts. 83, 86, 91), for consideration on September 23, 2022.

8  Dated this 20th day of September, 2022.

_____
J. Richard Creatura
Chief United States Magistrate Judge