UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL M. MUNYWE,

    Plaintiff,

v.

SCOTT R. PETERS, *et al.*,

    Defendants.

CASE NO. 3:21-cv-05431-BJR-JRC

ORDER DENYING PLAINTIFF'S MOTION

Before the Court is plaintiff's "motion for order to uproot defendant Mary E. Robnett from representing defendant Scott Robert Peters in this Court due to conflict of interest." Dkt. 83. In the motion, plaintiff asks the Court to remove Mary E. Robnett as counsel for defendant Peters because she is currently a defendant in this case and another case plaintiff has filed in this Court and, therefore, a conflict of interest exists. *See Munywe v. Robnett*, Case No. 3:21-CV-05604-RSM (W.D. Wash.). The Court notes: (1) defendant Mary E. Robnett was dismissed from this action by the District Court in its July 27, 2022, Order (*see* Dkt. 92); (2) Mary E. Robnett is not currently representing defendant Peters in this matter (*see* Dkt.); (3) defendant Peters was

ORDER DENYING PLAINTIFF'S MOTION - 1

1  dismissed from this action by the District Court in its July 27, 2002, Order (*see* Dkt. 92); and (4)

2  *Munywe v. Robnett* is currently a closed case, *see Munywe*, Case No. 3:21-CV-05604-RSM. In

3  light of these conditions, the Court finds plaintiff has failed to demonstrate a conflict of interest

4  with respect to Mary E. Robnett at this time. The Court therefore denies the motion.

5        Dated this 24th day of October, 2022.

J. Richard Creatura
Chief United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION - 2