UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL M. MUNYWE,

    Plaintiff,

v.

SCOTT R. PETERS, *et al.*,

    Defendants.

CASE NO. 3:21-cv-05431-BJR-JRC

ORDER DISMISSING MOTION FOR SUMMARY JUDGMENT

This matter is before the Court on referral from the District Court and on a motion for summary judgment filed by defendant Hayden. *See* Dkt. 71.

Plaintiff, who is proceeding *pro se* and *in forma pauperis* ("IFP"), brought suit under 42 U.S.C. § 1983 alleging various King County law enforcement officials and agencies violated his constitutional rights during his pretrial detention and by mishandling evidence. On July 27, 2022, the District Court dismissed certain claims and defendants, including defendant Hayden. *See* Dkt. 92. Because defendant Hayden has been dismissed as a party in this action, her motion for summary judgment (Dkt. 71) is dismissed as moot.

ORDER DISMISSING MOTION FOR SUMMARY
JUDGMENT - 1

1    Dated this 25th day of October, 2022.

*[signature]*

J. Richard Creatura
Chief United States Magistrate Judge

ORDER DISMISSING MOTION FOR SUMMARY
JUDGMENT - 2